UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 3:03CR94(JBA)** |
| -vs- : | |
| : | **APRIL 20, 2005** |
| **NOOROLLAH KHORSANDI** : | |

### AGREEMENT FOR PRETRIAL DIVERSION

On April 21, 2003, the Court granted the joint motion filed by the government and defendant, Noorollah Khorsandi, in which the defendant agreed to enter into Pretrial Diversion. In connection with the defendant's agreement to enter into Pretrial Diversion, the government filed an information charging the defendant with Possession of a Controlled Substance in violation of Title 21, United States Code, Section 844.

The defendant has been interviewed by the United States Probation Office, and agrees to the conditions of Pre-Trial Diversion set forth below. The defendant understands that he must abide by the conditions set forth below until May 20, 2005. The defendant understands that should he violate any of the conditions set forth below, the government and/or a representative of the United States Probation Office may revoke or modify the conditions of this pre-trial diversion program or change the period of supervision. The defendant further understands that should he violate any of the conditions of the Pre-Trial Diversion Program, the government may file notice of its intent to initiate

prosecution for the offense charged in the information filed in this case at any time within the period of the defendant's supervision.

After successfully completing the Pre-Trial Diversion Program and fulfilling all the terms and conditions of this agreement, the government agrees to file a Motion to Dismiss the charge in this case.

## **CONDITIONS**

1.)  The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, if and as directed by the probation office, which may include testing to determine if the defendant has used drugs or alcohol.  The defendant shall pay the cost of such treatment, in full or in part, based upon his ability to pay, as determined by the probation office.

_____          _____
NOOROLLAH KORSANDI, DEFENDANT            IRA B. GRUDBERG, ESQ.
                                         COUNSEL FOR THE DEFENDANT


_____          _____
H. GORDON HALL                           WILFREDO DURAN
ASSISTANT U.S. ATTORNEY                  U.S. PROBATION OFFICER