UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO.3:03CR94 (JBA) |
| v. | : |
| | : |
| NOOROLLAH KHORSANDI | : May 20, 2005 |

**MOTION TO DISMISS**

The United States Attorney, by and through the undersigned Assistant U.S. Attorneys, respectfully moves the Court to dismiss the information in this case, the defendant having successfully completed a program of pre-trial diversion as ordered by the Court.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR NO. CT05153

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage pre-paid, this 20th day of May 2005 to Ira B. Grudberg, Esq., 350 Orange Street, P.O. Box 606, New Haven, CT 06503-606.

_____
H. Gordon Hall
Assistant U.S. Attorney