**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:03cr94 (JBA)** |
| **NOOROLLAH KHORSANDI** | : |

**ENDORSEMENT ORDER [DOC. #13]**

    Government's motion for order of dismissal of the information is GRANTED.  The Clerk is directed to close this case.

                            IT IS SO ORDERED.

                            _____/s/_____
                            Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 25, 2005